| PROB 22<br>(Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:21CR00081-1 MTS |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>**2:26-cr-00094-JAD-EJY-1** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Fredrick M Corneliussen<br>1229 Jefferson Avenue<br>Las Vegas, NV 89106 | DISTRICT<br>Eastern District of Missouri | DIVISION<br>Southeastern Division<br>Cape Girardeau, MO |
|---|---|---|

✔ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON

MAY 28 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi DEPUTY

| NAME OF SENTENCING JUDGE<br><br>The Honorable Matthew T. Schelp<br>United States District Judge | | |
|---|---|---|
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>9/10/2024 | TO<br>9/9/2026 |

OFFENSE

Possession with Intent to Distribute Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Prosocial ties, and employment and educational opportunities.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 18, 2026
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/29/2026
_____
*Effective Date*

_____
*United States District Judge*

1